**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00949-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

ROBERTO DEPHILIPPIS,

     Plaintiff,

v.

[NO NAMED DEFENDANT],

     Defendant.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

     Plaintiff, Roberto DePhilippis, is a prisoner in the custody of the Colorado

Department of Corrections who currently is incarcerated at the Denver Reception &

Diagnostic Center.  He has filed *pro se* a letter (ECF No. 1) appearing to assert civil

rights violations pursuant to 42 U.S.C. § 1983.  As part of the court's review pursuant to

D.C.COLO.LCivR 8.1(b), the court has determined that the submitted document is

deficient as described in this order.  Plaintiff will be directed to cure the following if he

wishes to pursue his claims.  Any papers that Plaintiff files in response to this order

must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   <u>X</u>   is not submitted (<u>must submit the court's current form revised 10/01/12
             with Authorization and Certificate of Prison Official</u>)
(2)   <u>  </u>   is missing affidavit
(3)   <u>X</u>   is missing certified copy of prisoner's trust fund statement for the 6-month
             period immediately preceding this filing
(4)   <u>  </u>   is missing certificate showing current balance in prison account

(5)    __      is missing required financial information
(6)    __      is missing an original signature by the prisoner
(7)    __      is not on proper form
(8)    __      names in caption do not match names in caption of complaint, petition or habeas application
(9)    __      An original and a copy have not been received by the court. Only an original has been received.
(10)   X      other:  § 1915 motion and affidavit and certified account statement only are necessary if $400.00 filing fee is not paid in full in advance.

**Complaint, Petition or Application**:
(11)   X      is not submitted
(12)   __      is not on proper form (must use the court's current form)
(13)   __      is missing an original signature by the prisoner
(14)   __      is missing page nos. ___
(15)   __      uses et al. instead of listing all parties in caption
(16)   __      An original and a copy have not been received by the court.  Only an original has been received.
(17)   __      Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)   __      names in caption do not match names in text
(19)   __      other:

Accordingly, it is

ORDERED that Plaintiff, Roberto DePhilippis, cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain (with the assistance of his case manager or the facility's legal assistant) the Court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint, along with the applicable instructions, at www.cod.uscourts.gov, and shall use those forms in curing the designated deficiencies.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

**within thirty days from the date of this order**, the action will be dismissed without

further notice.

       DATED April 2, 2014, at Denver, Colorado.

                                   BY THE COURT:

                                   s/Boyd N. Boland
                                   United States Magistrate Judge