IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00949-LTB

ROBERTO DEPHILIPPIS,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 14, 2014, it is hereby

    ORDERED that Judgment is entered in favor of the unnamed Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 14th day of May, 2014.

                              FOR THE COURT,

                              JEFFREY P. COLWELL, Clerk

                              By: s/K Lyons
                                  Deputy Clerk